IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | ) |
|     Plaintiff, | ) Case No. 24-cv-8623 ) ) Judge Elaine E. Bucklo |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TV TOKYO CORPORATION hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 69 | PLUSH WONDERLAND |
| 112 | KILL ME |
| 116 | leen young |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                                Respectfully submitted,

Dated: October 18, 2024        By:    s/Michael A. Hierl
                                                        Michael A. Hierl (Bar No. 3128021)
                                                        William B. Kalbac (Bar No. 6301771)
                                                        Robert P. McMurray (Bar No. 6324332)
                                                        John Wilson (Bar No. 6341294)
                                                        Hughes Socol Piers Resnick & Dym, Ltd.
                                                        Three First National Plaza
                                                        70 W. Madison Street, Suite 4000
                                                        Chicago, Illinois 60602
                                                        (312) 580-0100 Telephone
                                                        mhierl@hsplegal.com

                                                        Attorneys for Plaintiff
                                                        TV TOKYO CORPORATION

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 18, 2024.

                                                            s/Michael A. Hierl