IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, )<br><br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>THE INDIVIDUALS, CORPORATIONS, )<br>LIMITED LIABILITY COMPANIES, )<br>PARTNERSHIPS AND UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED )<br>ON SCHEDULE A HERETO, )<br>  )<br>  Defendants. ) | Case No. 24-cv-8623<br><br>Judge Elaine E. Bucklo |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 121**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TV TOKYO CORPORATION hereby dismisses without prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 121 | mymediaworld |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 22, 2024　　By:　s/Michael A. Hierl
　　　　　　　　　　　　　　　　Michael A. Hierl (Bar No. 3128021)
　　　　　　　　　　　　　　　　William B. Kalbac (Bar No. 6301771)
　　　　　　　　　　　　　　　　Robert P. McMurray (Bar No. 6324332)
　　　　　　　　　　　　　　　　John Wilson (Bar No. 6341294)
　　　　　　　　　　　　　　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　70 W. Madison Street, Suite 4000
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　(312) 580-0100 Telephone
　　　　　　　　　　　　　　　　mhierl@hsplegal.com

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　TV TOKYO CORPORATION

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 22, 2024.

                                                      s/Michael A. Hierl